FILED
November 09, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAMON EDILIO GOMEZ-PERALTA, <br><br> Defendant. | Case No: EP:22-CR-01808-DCG |

## NOTICE OF INTENT TO SEEK INCREASED STATUTORY PENALTY

The United States Attorney hereby notifies the Defendant that the Government will seek the increased penalties provided by Title 8, United States Code, Section 1326(a) and (b)(1).

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

By: _____
VICTORIA S. CROSBY
Assistant United States Attorney
Wisconsin Bar #1104704
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884